**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-24517-JAD |
| Frank Kominsky, Jr., | : | Chapter 7 |
| Debtor | : | |
| _____ | : | Related to Document No. 17 |
| Frank Kominsky, Jr., | : | |
| Movant | : | |
| vs. | : | |
| No Respondent. | : | |

## ORDER

**AND NOW**, on this ____31st____ day of ____December____, 2019, upon consideration of the Motion of the above reference Debtors, praying for an extension of time within which to Complete the Bankruptcy Filing, and it appearing from the Motion that good cause exists for granting the relief prayed. It is hereby:

**ORDERED, ADJUDGED and DECREED** that the time for the Debtors to file his Chapter 7 Petition, Schedules, Declaration Re: Electronic Filing, and Pay Advices be hereby extended to and including January 6, 2020.

FILED
12/31/19 10:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____ jsf
Jeffery A. Deller,
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 19-24517-JAD
Frank Kominsky, Jr.                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2              User: mgut                    Page 1 of 1              Date Rcvd: Dec 31, 2019
                                  Form ID: pdf900               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 02, 2020.
db             +Frank Kominsky, Jr.,    205 New Burn Avenue,    Pittsburgh, PA 15227-2301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2020                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 31, 2019 at the address(es) listed below:
              James Warmbrodt     on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              Jeffrey J. Sikirica    trusteesikirica@zoominternet.net, PA59@ecfcbis.com
              Keri P. Ebeck     on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.     on behalf of Debtor Frank  Kominsky, Jr. ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
                                                                                             TOTAL: 5