## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-24517-CMB |
| | : | |
| **Frank Kominsky Jr.,** | : | Chapter 7 |
| Debtor | : | |
| | : | |
| **Frank Kominsky Jr.,** | : | |
| Movant | : | Filed Pursuant to Rule 1007-4 |

### VERIFICATION REGARDING PROOF OF INCOME

I, **Frank Kominsky Jr.,** hereby state as follows:

1. I am unemployed.

2. I have been unemployed for 14 months.

3. I receive Food Stamps in the amount of $190.00 per month.

4. I have filed income tax returns for the years 2015 – 2018.

5. I have submitted to the trustee documentary proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: January 15, 2020                                    /s/ **Frank Kominsky Jr.**
                                                                          Frank Kominsky Jr.
                                                                              Debtor