**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO. 19-24517-CMB** |
| | : | |
| **Frank Kominsky Jr.,** | : | **Chapter 7** |
| **Debtor** | : | |
| | : | |
| **Frank Kominsky Jr.,** | : | |
| **Movant** | : | |
| | : | **M.O.C. Date & Time:** |
| v. | : | **April 27, 2020 at 2:00 PM** |
| **Aes/goal Financial, et.al** | : | |
| **Jeffrey J. Sikirica, Esquire,** | : | |
| **Chapter 7 Trustee** | : | |
| **Respondents** | : | |

**CERTIFICATE OF SERVICE OF RESCHEDULED § 341 MEETING OF CREDITORS TO BE HELD TELEPHONICALLY**

I, the undersigned, of McElrath Legal Holdings, LCC, certify under penalty of perjury that on March 3, 2020, I provided notice and a copy of the certificate of service as notice for the rescheduled 341 Meeting of the Creditors, on the above Debtor in an attempt to secure his attendance at the rescheduled Meeting of Creditors scheduled to be held **April 27, 2020 at 2:00 PM** at the Liberty Center, 1001 Liberty Avenue, 7th Floor, Room 740, Pittsburgh, PA 15222, and on the parties at the addresses on the attached matrix. Service made on the parties was first-class mail or electronic notification where indicated.

Executed on: April 2, 2020                                   By: /s/ Sharla Munroe
                                                             Sharla Munroe, Paralegal
                                                             McElrath Legal Holdings. LCC
                                                             1641 Saw Mill Run Blvd
                                                             Pittsburgh, PA 15210
                                                             Tel: 412.765.3606
                                                             Fax: 412.765.1917

**Matrix**

Service by NEF

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

Service by First-Class Mail

Jeffrey J. Sikirica
CH. 7 Trustee
121 Northbrook Drive
Pine Township
Gibsonia, PA 15004

Frank Kominsky
205 New Burn Avenue
Pittsburgh PA 15227

Aes/goal Financial
Pob 61047
Harrisburg, PA 17106

Allegent Community Fcu
1001 Liberty Ave Ste 100
Pittsburgh, PA 15222

Allegheny Health Network
12311 Perry Highway
Wexford, PA 15090

Allegheny Health Network
PO Box 645266
Pittsburgh, PA 15264-5266

American Info Source Lp
Post Office Box 248848
Oklahoma City, OK 73124-8848

Americollect
PO Box 1566
Manitowoc, WI 54221

ARSI
555 St. Charles Drive
Suite 100
Thousand Oaks, CA 91360

Bk Of Amer
Po Box 982238
El Paso, TX 79998

Borough Of Brentwood
3624 brownsville Road
Pittsburgh, PA 15227

Brentwood EMS
PO Box 8
Indiana, PA 15701

Citizens Bank
443 Jefferson Blvd
Warwick, RI 02886

Collection Service Cen
839 5th Ave
New Kensington, PA 15068

Comcast
Po Box 3001
Southeastern, PA 19398

Convergent Healthcare
PO Box 1289
Peoria, IL 61654

Credit Collection Serv
Po Box 710
Norwood, MA 02062

Credit First N A
6275 Eastland Rd
Brookpark, OH 44142

Credit Management Co
2121 Noblestown Rd
PO BOx 16346
Pittsburgh, PA 15205

De la Tore Orthotics
300 Alpha Drive
Pittsburgh, PA 15238

Diversified Consultants
PO Box 551268
Jacksonville, FL 32255

Dsnb Macys
Po Box 8218
Mason, OH 45040

Duquense Light Company
c/o Keri P. Ebeck Bernstien & Burkley PC
707 Grant Street Ste. 2200
Pittsburgh, PA 15219

Duquesne Light Company
c/o Keri Ebeck
Bernstein Law Firm, P.C.
707 Grant St. Suite 2200, Gulf Tower
Pittsburgh, PA 15219

First Natl Bk Of Pa
1 Fnb Blvd
Hermitage, PA 16148

Foundation Radiology Group
401 Liberty Ave
Pittsburgh, PA 15222

GLHEC and Affiliates
PO Box 8961
Madison, WI 53708

Goal Financial/glelsi
2401 International Lane
Madison, WI 53704

IC System
PO Box 64437
Saint Paul, MN 55164-0437

James Wallace Esq.
845 N. Lincoln Avenue
Pittsburgh, PA 15233

Jared Galleria
375 Ghent Rd
Fairlawn, OH 44333

Jefferson Hospital
PO Box 643054
Pittsburgh, PA 15264

KML
701 Market Street, Suite 5000
Philadelphia, PA 19106

Medevac
322 Wampum Avenue
Ellwood City, PA 16117

Mercy Behavioral Health
PO Box 644469
Pittsburgh, PA 15264

Midland Mortgage
PO Box 26648
Oklahoma City, OK 73126

Nationstar/mr. Cooper
350 Highland Dr
Lewisville, TX 75067

PA American Water
PO Box 578
Alton, IL 62002

PA American Water
PO Box 371412
Pittsburgh, PA 15250

Parkview Community Fcu
2100 Eden Park Blvd
McKeesport, PA 15132

Penn Credit
PO Box 69703
Harrisburg, PA 17106-9703

Peoples Gas Bankruptcy Dept.
375 N Shore Drive Ste 600
Attn: Dawn Linder
Pittsburgh, PA 15212

Phh Mortgage Services
1 Mortgage Way
Mount Laurel, NJ 08054

Pittsburgh Bone, Joint & Spine
PO Box 645038
Pittsburgh, PA 15234

Pittsburgh Parking Court
240 4th Avenue
Pittsburgh, PA 15222

Pittsburgh Parking Court
PO Box 640
Pittsburgh, PA 15230

Professional Account Managemnt
PO Box 640
Pittsburgh, PA 15320

Quest Diagnostics
P.O. Box 740717
Cincinnati, OH 45274

ROI Services, Inc.
PO Box 2488
Reston, VA 20195

RUI Credit Services
Post Office Box 1349
Melville, NY 11747-0422

S. James Wallace, Esq.
Attorney for Peoples Natural Gas
845 North Lincoln Ave.
Pittsburgh, PA 15233

Shapiro & DeNardo
3600 Horizon Drive
Suite 150
King of Prussia, PA 19406

Skin Pathology AssociatesPO Box 830525
Birmingham, AL 35283

State Collection Servi
2509 S Stoughton Rd
Madison, WI 53716

UPMC
PO Box 371842
Pittsburgh, PA 15250-7842

UPMC Behaviorial Health
11279 Perry Highway
Suite 450
Wexford, PA 15090

UPMC Physician Services
P.O. Box 371980
Pittsburgh, PA 15250-7980

Verizon Wireless
Po Box 650051
Dallas, TX 75265