**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Frank Kominsky Jr.** | Social Security number or ITIN  **xxx–xx–7145** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **19–24517–JAD** | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Frank Kominsky Jr.

5/27/20

**By the court:** <u>Jeffery A. Deller</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Frank Kominsky, Jr.
    Debtor

Case No. 19-24517-JAD
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: admin      Page 1 of 3      Date Rcvd: May 27, 2020
                         Form ID: 318     Total Noticed: 62

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2020.

```
db          +Frank Kominsky, Jr.,    205 New Burn Avenue,    Pittsburgh, PA 15227-2301
cr          +Borough of Brentwood,    c.o Tucker Arensberg PC,     Attn: Sloane B. O'Donnell Esq.,
              1500 One PPG Place,    Pittsburgh, PA 15222-5413
cr          +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
              Pittsburgh, PA 15233-1828
15184142    +ARSI,    555 St. Charles Drive,    Suite 100,    Thousand Oaks, CA 91360-3983
15160967    +Aes/goal Financial,    Pob 61047,    Harrisburg, PA 17106-1047
15160968    +Allegent Community Fcu,    1001 Liberty Ave Ste 100,    Pittsburgh, PA 15222-3715
15160970    +Allegheny Health Network,    PO Box 645266,    Pittsburgh, PA 15264-5250
15160969    +Allegheny Health Network,    12311 Perry Highway,    Wexford, PA 15090-8344
15184144    +Borough Of Brentwood,    3624 brownsville Road,    Pittsburgh, PA 15227-3153
15239778    +Borough of Brentwood, Pennsylvania,    Sloane B. O'Donnell, Esquire,    Tucker Arensberg, P.C.,
              1500 One PPG Place,    Pittsburgh, PA 15222-5413
15184145    +Brentwood EMS,    PO Box 8,    Indiana, PA 15701-0008
15184149    +Convergent Healthcare,    PO Box 1289,    Peoria, IL 61654-1289
15160977    +De la Tore Orthotics,    300 Alpha Drive,    Pittsburgh, PA 15238-2908
15160979    +First Natl Bk Of Pa,    1 Fnb Blvd,    Hermitage, PA 16148-3363
15160980    +Foundation Radiology Group,    401 Liberty Ave,    Pittsburgh, PA 15222-1000
15160981    +Goal Financial/glelsi,    2401 International Lane,    Madison, WI 53704-3121
15184163    +James Wallace Esq.,    845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
15160982    +Jared Galleria,    375 Ghent Rd,    Fairlawn, OH 44333-4601
15184165    +Jefferson Hospital,    PO Box 643054,    Pittsburgh, PA 15264-3054
15160983    +KML,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
15160984    +MDJ-05-2-18,    5001 Curry Road,    Pittsburgh, PA 15236-2569
15184167     Medevac,    322 Wampum Avenue,    Ellwood City, PA 16117
15184168    +Mercy Behavioral Health,    PO Box 644469,    Pittsburgh, PA 15264-4469
15184169    +Midland Mortgage,    PO Box 26648,    Oklahoma City, OK 73126-0648
15160985    +Nationstar/mr. Cooper,    350 Highland Dr,    Lewisville, TX 75067-4488
15184172    +PA American Water,    PO Box 371412,    Pittsburgh, PA 15250-7412
15184174     Penn Credit,    PO Box 69703,    Harrisburg, PA 17106-9703
15184175    +Peoples Gas Bankruptcy Dept.,    375 N Shore Drive Ste 600,    Attn: Dawn Linder,
              Pittsburgh, PA 15212-5866
15160987    +Phh Mortgage Services,    1 Mortgage Way,    Mount Laurel, NJ 08054-4624
15184177    +Pittsburgh Bone, Joint & Spine,    PO Box 645038,    Pittsburgh, PA 15264-5038
15160988    +Pittsburgh Parking Court,    240 4th Avenue,    Pittsburgh, PA 15222-1708
15160989    +Pittsburgh Parking Court,    PO Box 640,    Pittsburgh, PA 15230-0640
15160990    +Professional Account Managemnt,    PO Box 640,    Pittsburgh, PA 15230-0640
15184181    +Quest Diagnostics,    P.O. Box 740717,    Cincinnati, OH 45274-0717
15184182    +ROI Services, Inc.,    PO Box 2488,    Reston, VA 20195-0488
15184183    +RUI Credit Services,    Post Office Box 1349,    Melville, NY 11747-0421
15160991    +Shapiro & DeNardo,    3600 Horizon Drive,    Suite 150,    King of Prussia, PA 19406-4702
15160992     Skin Pathology AssociatesPO Box 830525,    Birmingham, AL 35283
15184186    +State Collection Servi,    2509 S Stoughton Rd,    Madison, WI 53716-3314
15160993     UPMC,    PO Box 371842,    Pittsburgh, PA 15250-7842
15184188    +UPMC Behaviorial Health,    11279 Perry Highway,    Suite 450,    Wexford, PA 15090-9303
15184189     UPMC Physician Services,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 28 2020 04:33:01     Pennsylvania Dept. of Revenue,
              Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA  17128-0946
cr          +E-mail/Text: kburkley@bernsteinlaw.com May 28 2020 04:33:55      Duquesne Light Company,
              c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
              Pittsburgh, PA 15219-1945
15160971     E-mail/Text: ebn@americollect.com May 28 2020 04:33:27      Americollect,    PO Box 1566,
              Manitowoc, WI 54221
15184160     E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org May 28 2020 04:31:12
              GLHEC and Affiliates,    PO Box 8961,    Madison, WI 53708
15184140     EDI: AIS.COM May 28 2020 07:58:00      American Info Source Lp,    Post Office Box 248848,
              Oklahoma City, OK 73124-8848
15160972     EDI: BANKAMER.COM May 28 2020 07:58:00      Bk Of Amer,    Po Box 982238,    El Paso, TX 79998
15160973     E-mail/Text: Bankruptcy.RI@Citizensbank.com May 28 2020 04:32:12      Citizens Bank,
              443 Jefferson Blvd,    Warwick, RI 02886
15184147    +E-mail/Text: bankruptcy@firstenergycorp.com May 28 2020 04:33:21      Collection Service Cen,
              839 5th Ave,    New Kensington, PA 15068-6303
15160974    +EDI: COMCASTCBLCENT May 28 2020 07:58:00      Comcast,    Po Box 3001,
              Southeastern, PA 19398-3001
15160975    +EDI: CCS.COM May 28 2020 07:58:00      Credit Collection Serv,    Po Box 710,
              Norwood, MA 02062-0710
15160976    +EDI: CRFRSTNA.COM May 28 2020 07:58:00      Credit First N A,    6275 Eastland Rd,
              Brookpark, OH 44142-1399
15184152    +E-mail/Text: bdsupport@creditmanagementcompany.com May 28 2020 04:33:39
              Credit Management Co,    2121 Noblestown Rd,    PO BOx 16346,    Pittsburgh, PA 15242-0346
```

```
District/off: 0315-2                  User: admin                    Page 2 of 3                  Date Rcvd: May 27, 2020
                                      Form ID: 318                   Total Noticed: 62


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15184154       +EDI: DCI.COM May 28 2020 07:58:00      Diversified Consultants,    PO Box 551268,
                 Jacksonville, FL 32255-1268
15160978       +EDI: TSYS2.COM May 28 2020 07:58:00      Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
15184156       +E-mail/Text: kburkley@bernsteinlaw.com May 28 2020 04:33:55       Duquense Light Company,
                 c/o Keri P. Ebeck Bernstien & Burkley PC,    707 Grant Street Ste. 2200,
                 Pittsburgh, PA 15219-1945
15184157       +E-mail/Text: kburkley@bernsteinlaw.com May 28 2020 04:33:55       Duquesne Light Company,
                 c/o Keri Ebeck,    Bernstein Law Firm, P.C.,    707 Grant St. Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1900
15184162        EDI: IIC9.COM May 28 2020 07:58:00      IC System,    PO Box 64437,    Saint Paul, MN 55164-0437
15184171       +E-mail/Text: csc.bankruptcy@amwater.com May 28 2020 04:34:04       PA American Water,
                 PO Box 578,    Alton, IL 62002-0578
15160986       +E-mail/Text: beckyhandra@pc-fcu.org May 28 2020 04:34:03       Parkview Community Fcu,
                 2100 Eden Park Blvd,    McKeesport, PA 15132-7621
15160994       +EDI: VERIZONCOMB.COM May 28 2020 07:58:00      Verizon Wireless,    Po Box 650051,
                 Dallas, TX 75265-0051
                                                                                                TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              MIDFIRST BANK
15184141*      ++AMERICOLLECT INC,    PO BOX 2080,    MANITOWOC WI 54221-2080
                (address filed with court:  Americollect,    PO Box 1566,    Manitowoc, WI 54221)
15184136*      +Aes/goal Financial,    Pob 61047,    Harrisburg, PA 17106-1047
15184137*      +Allegent Community Fcu,    1001 Liberty Ave Ste 100,    Pittsburgh, PA 15222-3715
15184138*      +Allegheny Health Network,    12311 Perry Highway,    Wexford, PA 15090-8344
15184139*      +Allegheny Health Network,    PO Box 645266,    Pittsburgh, PA 15264-5250
15184143*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
15184146*      ++CITIZENS BANK N A,    ATTN BANKRUPTCY TEAM,    ONE CITIZENS BANK WAY,    JCA115,
                 JOHNSTON RI 02919-1922
                (address filed with court:  Citizens Bank,    443 Jefferson Blvd,    Warwick, RI 02886)
15184148*      +Comcast,    Po Box 3001,    Southeastern, PA 19398-3001
15184150*      +Credit Collection Serv,    Po Box 710,    Norwood, MA 02062-0710
15184151*      +Credit First N A,    6275 Eastland Rd,    Brookpark, OH 44142-1399
15184153*      +De la Tore Orthotics,    300 Alpha Drive,    Pittsburgh, PA 15238-2908
15184155*      +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
15184158*      +First Natl Bk Of Pa,    1 Fnb Blvd,    Hermitage, PA 16148-3363
15184159*      +Foundation Radiology Group,    401 Liberty Ave,    Pittsburgh, PA 15222-1000
15184161*      +Goal Financial/glelsi,    2401 International Lane,    Madison, WI 53704-3121
15184164*      +Jared Galleria,    375 Ghent Rd,    Fairlawn, OH 44333-4601
15184166*      +KML,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
15184170*      +Nationstar/mr. Cooper,    350 Highland Dr,    Lewisville, TX 75067-4488
15184173*      +Parkview Community Fcu,    2100 Eden Park Blvd,    McKeesport, PA 15132-7621
15184176*      +Phh Mortgage Services,    1 Mortgage Way,    Mount Laurel, NJ 08054-4624
15184179*      +Pittsburgh Parking Court,    PO Box 640,    Pittsburgh, PA 15230-0640
15184178*      +Pittsburgh Parking Court,    240 4th Avenue,    Pittsburgh, PA 15222-1708
15184180*      +Professional Account Managemnt,    PO Box 640,    Pittsburgh, PA 15230-0640
15184184*      +Shapiro & DeNardo,    3600 Horizon Drive,    Suite 150,    King of Prussia, PA 19406-4702
15184185*       Skin Pathology AssociatesPO Box 830525,    Birmingham, AL 35283
15184187*       UPMC,    PO Box 371842,    Pittsburgh, PA 15250-7842
15184190*      +Verizon Wireless,    Po Box 650051,    Dallas, TX 75265-0051
                                                                                               TOTALS: 1, * 27, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2020                                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2            User: admin               Page 3 of 3              Date Rcvd: May 27, 2020
                                Form ID: 318              Total Noticed: 62
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 27, 2020 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
              Jeffrey J. Sikirica    trusteesikirica@zoominternet.net, PA59@ecfcbis.com
              Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Frank  Kominsky, Jr. ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Sloane B. O'Donnell    on behalf of Creditor   Borough of Brentwood sodonnell@tuckerlaw.com,
               agilbert@tuckerlaw.com
                                                                                              TOTAL: 7
```