**Form 129**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Frank Kominsky Jr.**
Debtor(s)

Bankruptcy Case No.: 19–24517–JAD

Chapter: 7

# FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    Jeffrey J. Sikirica is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: June 24, 2020

Jeffery A. Deller
United States Bankruptcy Judge

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                          Case No. 19-24517-JAD
Frank Kominsky, Jr.                                             Chapter 7
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2         User: admin              Page 1 of 1           Date Rcvd: Jun 24, 2020
                             Form ID: 129             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2020.
db             +Frank Kominsky, Jr.,    205 New Burn Avenue,    Pittsburgh, PA 15227-2301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2020                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              Jeffrey J. Sikirica    trusteesikirica@zoominternet.net, PA59@ecfcbis.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Frank  Kominsky, Jr. ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Sloane B. O'Donnell    on behalf of Creditor    Borough of Brentwood sodonnell@tuckerlaw.com,
               agilbert@tuckerlaw.com
                                                                                             TOTAL: 7